# United States Court of Appeals
# for the Fifth Circuit

No. 22-10151
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 22, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Christopher Lee Johnson,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-263-1

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Christopher Lee Johnson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Johnson has not filed a response.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-10151

We have reviewed counsel's brief and the relevant portions of the record reflected therein, and we concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Counsel's motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities herein. Defendant-Appellant's APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.